

# U.S. District Court

## Tennessee Western - Memphis

Receipt Date: Dec 13, 2023 2:30PM

Jalin McKenzie

| Rcpt. No: 200003048 | | Trans. Date: Dec 13, 2023 2:30PM | | | Cashier ID: #MK |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: Jalin McKenzie v. City of Memphis-23-2773

Questions/Comments: Please contact USDC-TN Western (Memphis) at 901.495.1200.