# AGREEMENT TO RECEIVE NOTICE OF ELECTRONIC FILING (NEF)

**Note:** This Form Does Not Authorize Electronic Filing.

Re: 23-2773 (case number)

By my signature and submission of a valid email address, I agree to accept Notice(s) of Electronic Filing from the United States District Court, Western District of Tennessee.

Ashley Mckenzie Smith
**Printed name**

ashleylmck02@gmail.com
**Email address (Please PRINT)**

*[signature]*
**Signature**

If the NEF is returned as undeliverable, this agreement is null and void, and future documents will be mailed via U.S. Postal Service by Clerk's Office upon notification of the undeliverable email.